TAD S. SHAPIRO, ESQ. (SB# 096179)
SHAPIRO, GALVIN, SHAPIRO & MORAN
640 Third Street, 2nd Floor
P.O. Box 5589
Santa Rosa, CA. 95402-5589
(707) 544-5858 Telephone
(707) 544-6702 Facsimile

Attorneys for Plaintiffs
John Stapleton; Ignazio Gugliotta;
Jurica Ruic and David Jeffers

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN STAPELTON; IGNAZIO GUGLIOTTA; JURICA RUIC; and DAVID JEFFERS,<br><br>Plaintiffs,<br><br>vs.<br><br>CHEVRON, U.S.A., INC.; CHEVRON CORPORATION; CHEVRON INTERNATIONAL EXPLORATION AND PRODUCTION COMPANY; CHEVRON SHIPPING COMPANY, LLC,<br><br>Defendants. | CASE NO:  C09-01897 MEJ<br><br>**NOTICE OF DISMISSAL OF ACTION WITHOUT PREJUDICE** |

Pursuant to FRCP 41 plaintiffs voluntarily dismiss this action without prejudice pursuant to a written tolling agreement entered into between plaintiffs and defendants. The parties will at

///

///

Notice of Dismissal

1

this time bear their own attorneys fees and costs.

Dated: June 10, 2009

                    SHAPIRO, GALVIN, SHAPIRO & MORAN

                    Tad S. Shapiro
                    Attorneys for Plaintiffs

Dated: June 18, 2009



GRANTED
Judge Maria-Elena James
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Notice of Dismissal